UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL SPECIALTY UNDERWRITING,  ) <br>                              )<br>          Plaintiff,         )<br>     v.                       )<br>                              )<br> HIMAX FURNITURE INDUSTRY      )<br> CORPORATION, Ltd.,           )<br>                              )<br>          Defendant.          )<br> _____) | CV F 03 6586 OWW SMS<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE BRIEFING (DOC. 31)<br><br>ORDER DIRECTING PLAINTIFF TO FILE SUPPLEMENTAL BRIEFING NO LATER THAN **August 31, 2005**<br><br>ORDER VACATING HEARING AND SETTING NEW HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (DOC. 27)<br><br>Former Hearing Date: August 12, 2005<br><br>**NEW HEARING INFORMATION**<br><br>**Date: September 9, 2005**<br>**Time: 9:30 a.m.**<br>**Courtroom: 4** |

   Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(1) and 72-303.

   Plaintiff's request for an extension of time to file supplemental briefing in connection with Plaintiff's motion for

1

1  default judgment IS GRANTED.
2      Plaintiff SHALL FILE the supplemental briefing no later than
3  August 31, 2005.
4      Because receipt of the briefing has been delayed beyond the
5  hearing date, it is necessary for the Court sua sponte to set a
6  new hearing date.
7      It IS ORDERED that the hearing on Plaintiff's motion for
8  default judgment, set for August 12, 2005, IS VACATED, and a new
9  hearing IS SET for September 9, 2005, at 9:30 a.m. in Courtroom
10 number 4 before the undersigned Magistrate Judge.

12 IT IS SO ORDERED.
13 **Dated:   August 2, 2005**                /s/ Sandra M. Snyder
   icido3                                 UNITED STATES MAGISTRATE JUDGE