**ALEX GORTINSKY, ESQ., SBN 208926**
**McDONALD, SAELTZER, MORRIS,**
   **CREEGGAN & WADDOCK**
2208 29th Street
Sacramento, CA  95817
Telephone:  916/444-5706
Facsimile:   916/444-8529

Attorney for Plaintiff,
ROYAL SPECIALTY UNDERWRITING, INC.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL SPECIALTY UNDERWRITING, INC.<br><br>                    Plaintiff,<br><br>     Vs.<br><br>HIMAX FURNITURE INDUSTRY CORPORATION, Ltd.<br><br>                    Defendant. | No. 1:03-cv-06586 OWW SMS<br><br>**SUBSTITUTION OF ATTORNEY AND ORDER**<br><br>Per Rule 83-182(g) |

   THE COURT AND ALL PARTIES ARE NOTIFIED THAT plaintiff ROYAL SPECIALTY UNDERWRITING, INC. makes the following substitution:

   Former legal representative ALEX GORTINSKY, of McDONALD, SAELTZER, MORRIS, CREEGGAN & WADDOCK, will no longer be the attorneys of record in this case. The new legal representative will be as follows:

TOM NIELSEN, ESQ.
LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
2500 Venture Oaks Way, Suite 200
Sacramento, CA  95833
Phone: (916) 564-5400
Fax:  (916) 564-5444

///

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: November 10, 2005 | McDONALD, SAELTZER, MORRIS, CREEGGAN & WADDOCK |
| | By: /s/ Alex Gortinsky<br>ALEX GORTINSKY<br>Former Attorney for Plaintiff<br>ROYAL SPECIALTY UNDERWRITING, INC. |
| DATED: November 10, 2005 | LEWIS, BRISBOIS, BISGAARD & SMITH, LLP |
| | By: /s/ Tom Nielsen<br>TOM NIELSEN, ESQ.<br>New Attorney for Plaintiff<br>ROYAL SPECIALTY UNDERWRITING, INC. |
| DATED: 10/12, 2005 | ROYAL SPECIALTY UNDERWRITING, INC. |
| | By: /s/ Dawn Kagan<br>DAWN KAGAN |

IT IS SO ORDERED:

DATED: 11/9/2005

/s/ Sandra M. Snyder
SANDRA M. SNYDER
U.S. MAGISTRATE JUDGE

**SUBSTITUTION OF ATTORNEY**
CASE NO. CIV. F-03-6586 OWW SMS

PAGE 2

PDF created with pdfFactory trial version www.pdffactory.com