1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROYAL SPECIALTY UNDERWRITING, )
                               )
                Plaintiff,     )
        v.                     )
                               )
HIMAX FURNITURE INDUSTRY       )
CORPORATION, Ltd.,             )
                               )
                Defendant.     )
                               )
_____)

CV F 03 6586 OWW SMS

ORDER VACATING HEARING ON
PLAINTIFF'S MOTION FOR DEFAULT
JUDGMENT (DOC. 27)

Former Hearing Date: November 18,
2005

ORDER DEEMING MOTION FOR DEFAULT
JUDGMENT SUBMITTED FOR DECISION

    Plaintiff is proceeding with a civil action in this Court.
The matter has been referred to the Magistrate Judge pursuant to
28 U.S.C. § 636(b) and Local Rules 72-302(c)(1) and 72-303.

    Pursuant to Rule 78-230(h) of the Local Rules of Practice
for the United States District Court, Eastern District of
California, the Court finds that Plaintiff's motion for default
judgment is a matter that may appropriately be submitted upon the
record and briefs.

    Accordingly, the hearing on the motion, presently set for
November 18, 2005, IS VACATED.

    The motion for default judgment IS DEEMED SUBMITTED TO THE

1

Court for consideration and preparation of findings and

recommendations by the Magistrate Judge and for decision by the

District Judge after an appropriate time for the filing of

objections and any reply thereto has passed.

IT IS SO ORDERED.

**Dated:    November 16, 2005            /s/ Sandra M. Snyder**
icido3                                      UNITED STATES MAGISTRATE JUDGE