UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL SPECIALTY UNDERWRITING,<br><br>        Plaintiff,<br>   v.<br><br>HIMAX FURNITURE INDUSTRY<br>CORPORATION, Ltd.,<br><br>        Defendant. | 1: 03-CV-6586 OWW SMS<br><br>ORDER RE: FINDINGS AND<br>RECOMMENDATIONS TO GRANT<br>PLAINTIFF'S APPLICATION FOR<br>DEFAULT JUDGMENT AGAINST<br>DEFENDANT HIMAX FURNITURE<br>INDUSTRY CORPORATION, LTD. (DOC.<br>35)<br><br>ORDER DIRECTING THE ENTRY OF<br>JUDGMENT |

Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(19). Pending before the Court are Plaintiff's application for default judgment against Defendant Himax Furniture Industry Corporation, Ltd.

On November 18, 2005, the Magistrate Judge filed findings and a recommendation that Plaintiff's application for default judgment against Defendant Himax Furniture Industry Corporation, Ltd., be granted. The findings and recommendation were served on all parties on November 18, 2005, and contained notice that any objections to the findings and recommendations were to be filed

1

within thirty (30) days of the date of service of the order. No party has filed any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the report and recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation filed November 18, 2005, are ADOPTED IN FULL; and

2. Plaintiff's motion for entry of a default judgment BE GRANTED in part; and

3. The Clerk BE DIRECTED to enter judgment in favor of Plaintiff Royal Specialty Underwriting, Inc., and against Defendant Himax Furniture Industry Corporation, Ltd., for damages, consisting of $125,000.00 spent in settlement of the state court action and $12,350.20 in expenses in the state action; and for costs in this action in the amount of $1181.12.

IT IS SO ORDERED.

**Dated:   January 3, 2006**              /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE