```
                                            FILED
                                      JUGMENT ENTERED

                                      _____
                                             Date
                                      by _____G. Lucas_____
                                            Deputy Clerk
                                       U.S. District Court
                                     Eastern District of California
                                      __XX___  FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

ROYALTY SPECIALTY UNDERWRITING,

    Plaintiff,

vs.

HIMAX FURNITURE INDUSTRY
CORPORATION, Ltd,

    Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**

CV-F-03-6586 OWW/SMS

    DECISION BY COURT:   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of the plaintiff Royalty Specialty Underwriting and against the defendant Himax Furniture Industry Corporation, Ltd., for damages, consisting of $125,000.00 spent in settlement of the state court action and $12,350.20 in expenses in the state action; and for costs in this action in the amount of $1,181.12.

DATED: January 10, 2006

                                  JACK L. WAGNER, Clerk

                                  /S/ Greg Lucas
                         By:
                                  Deputy Clerk

jgm.civ
2/1/95